# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ASBACH INCORPORATED | § Case No. 08-70277 |
| | § |
| | § |
| Debtors | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on January 31, 2008. The undersigned trustee was appointed on January 31, 2008.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $      36,167.67

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 47.08 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Leaving a balance on hand of | $   36,120.59 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

**UST Form 101-7-TFR (4/1/2009)**

      6. The deadline for filing claims in this case was 06/09/2008. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

      7. The Trustee's proposed distribution is attached as **Exhibit D**.

      8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $4,366.77. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

      The trustee has received $0.00 as interim compensation and now requests the sum of $4,366.77, for a total compensation of $4,366.77. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

      Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 07/21/2009           By: /s/STEPHEN G. BALSLEY
                                     Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (4/1/2009)**

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

| Case Number: | 08-70277 | Trustee: | (330410) STEPHEN G. BALSLEY |
|---|---|---|---|
| Case Name: | ASBACH INCORPORATED | Filed (f) or Converted (c): | 01/31/08 (f) |
| | | §341(a) Meeting Date: | 03/06/08 |
| Period Ending: 07/21/09 | | Claims Bar Date: | 06/09/08 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Checking #7520000540 Buffalo Grove Bank & Trust | 95.00 | 0.00 | DA | 0.00 | FA |
| 2 | Securtiy Deposit with landlord for 10307 N. Main | 750.00 | 0.00 | DA | 0.00 | FA |
| 3 | Security Deposit with landlord for shed | 90.00 | 0.00 | DA | 0.00 | FA |
| 4 | Accounts Receivable | 96,534.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2006 Chevy Express Van | 13,900.00 | 0.00 | DA | 0.00 | FA |
| 6 | General Office Equipment 10307 N. Main St. Richm | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Business Supplies-Tools Storage Shed 5613 Market | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | First Star Painting & Decorating - preference (u) | 11,000.00 | 5,900.00 | | 5,900.00 | FA |
| 9 | Alexander Lumber - preferential payment (u) | 6,455.00 | 3,250.00 | | 3,250.00 | FA |
| 10 | Edward Hines Lumber Co. (u) | 15,993.00 | 10,000.00 | | 10,000.00 | FA |
| 11 | Your Builders, Inc. - preferential transfer (u) | 10,000.00 | 7,500.00 | | 7,500.00 | FA |
| 12 | Russ's Drywall, Inc. (u) | 16,700.00 | 9,500.00 | | 9,500.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 17.67 | Unknown |
| 13 | Assets Totals (Excluding unknown values) | $175,517.00 | $36,150.00 | | $36,167.67 | $0.00 |

**Major Activities Affecting Case Closing:**

Initial Projected Date Of Final Report (TFR):   April 30, 2009          Current Projected Date Of Final Report (TFR):   July 21, 2009 (Actual)

Exhibit B

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 08-70277 | | Trustee: | STEPHEN G. BALSLEY (330410) |
| --- | --- | --- | --- | --- |
| Case Name: | ASBACH INCORPORATED | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | \*\*\*-\*\*\*\*\*03-65 - Money Market Account |
| Taxpayer ID #: | 36-4012670 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 07/21/09 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 06/30/08 | {9} | Alexander Lumber Co. | Payment for preference | 1241-000 | 3,250.00 | | 3,250.00 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.39 | | 3,250.39 |
| 08/04/08 | {10} | Edward Hines Lumber Co. | Payment for preference | 1241-000 | 10,000.00 | | 13,250.39 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.37 | | 13,251.76 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.73 | | 13,253.49 |
| 10/29/08 | {11} | Your Builders, Inc. | Payment for preference | 1241-000 | 1,500.00 | | 14,753.49 |
| 10/29/08 | {12} | Russ's Drywall, Inc. | Payment for preference | 1241-000 | 9,500.00 | | 24,253.49 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.47 | | 24,254.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.89 | | 24,256.85 |
| 12/04/08 | {11} | Your Builder's, Inc. | Payment for preference | 1241-000 | 3,500.00 | | 27,756.85 |
| 12/15/08 | {8} | Greg Koehring | Payment for preference | 1241-000 | 5,900.00 | | 33,656.85 |
| 12/23/08 | {11} | Your Builder's, Inc. | Payment for preference | 1241-000 | 2,500.00 | | 36,156.85 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.02 | | 36,158.87 |
| 12/31/08 | {11} | Your Builder's, Inc. | NSF check | 1241-000 | -2,500.00 | | 33,658.87 |
| 01/20/09 | {11} | Your Builders, Inc. | Payment for preference (replacement check) | 1241-000 | 2,500.00 | | 36,158.87 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 36,160.27 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 36,161.64 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 36,163.21 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 36,164.68 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 36,166.10 |
| 05/29/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/29/2009 FOR CASE #08-70277, Bond payment | 2300-000 | | 47.08 | 36,119.02 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 36,120.59 |
| | | | ACCOUNT TOTALS | | 36,167.67 | 47.08 | $36,120.59 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 36,167.67 | 47.08 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $36,167.67 | $47.08 | |

{} Asset reference(s)                                                                                              Printed: 07/21/2009 09:14 AM    V.11.21

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| | |
|---|---|
| Case Number: 08-70277 | Trustee: STEPHEN G. BALSLEY (330410) |
| Case Name: ASBACH INCORPORATED | Bank Name: JPMORGAN CHASE BANK, N.A. |
| | Account: ***-*****03-66 - Checking Account |
| Taxpayer ID #: 36-4012670 | Blanket Bond: $1,500,000.00 (per case limit) |
| Period Ending: 07/21/09 | Separate Bond: N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| {No Transactions on File for this Period} | | | | | | | |
| | | | ACCOUNT TOTALS | | 0.00 | 0.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****03-65 | 36,167.67 | 47.08 | 36,120.59 |
| Checking # ***-*****03-66 | 0.00 | 0.00 | 0.00 |
| | $36,167.67 | $47.08 | $36,120.59 |

Printed: 07/21/09 09:14 AM                                                                 Page: 1

## Claims Proposed Distribution                                               Exhibit C

### Case:  08-70277   ASBACH INCORPORATED

| Case Balance: | $36,120.59 | Total Proposed Payment: | $36,120.59 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | RSM McGladrey, Inc. <3410-00 Accountant for Trustee Fees (Other Firm)> | Admin Ch. 7 | 1,057.00 | 1,057.00 | 0.00 | 1,057.00 | 1,057.00 | 35,063.59 |
| | Stephen G. Balsley <2100-00 Trustee Compensation> | Admin Ch. 7 | 4,366.77 | 4,366.77 | 0.00 | 4,366.77 | 4,366.77 | 30,696.82 |
| | Stephen G. Balsley <3110-00 Attorney for Trustee Fees (Trustee Firm)> | Admin Ch. 7 | 16,056.75 | 16,056.75 | 0.00 | 16,056.75 | 16,056.75 | 14,640.07 |
| | United States Bankruptcy Court <2700-00 Clerk of the Court Costs (includes adversary and other filing fees)> | Admin Ch. 7 | 1,250.00 | 1,250.00 | 0.00 | 1,250.00 | 1,250.00 | 13,390.07 |
| 4P | Chicago Regional Council of Carpenters | Priority | 31,200.97 | 31,200.97 | 0.00 | 31,200.97 | 11,915.69 | 1,474.38 |
| 17P | Carpenters Pension Fund of Illinois | Priority | 3,860.64 | 3,860.64 | 0.00 | 3,860.64 | 1,474.38 | 0.00 |
| 1 | Edward Hines Lumber Co. | Unsecured | 165,313.66 | 165,313.66 | 0.00 | 165,313.66 | 0.00 | 0.00 |
| 2 | Amron Stair Works | Unsecured | 90,811.00 | 90,811.00 | 0.00 | 90,811.00 | 0.00 | 0.00 |
| 3 | Alexander Lumber | Unsecured | 34,177.05 | 34,177.05 | 0.00 | 34,177.05 | 0.00 | 0.00 |
| 4U | Chicago Regional Council of Carpenters | Unsecured | 35,798.69 | 35,798.69 | 0.00 | 35,798.69 | 0.00 | 0.00 |
| 5 | Computer Forms | Unsecured | 325.99 | 325.99 | 0.00 | 325.99 | 0.00 | 0.00 |
| 6 | Stan Vorgias | Unsecured | 2,250.00 | 2,250.00 | 0.00 | 2,250.00 | 0.00 | 0.00 |
| 7 | Midwest Siding Supply | Unsecured | 27,198.63 | 27,198.63 | 0.00 | 27,198.63 | 0.00 | 0.00 |
| 8 | Ray Chevrolet, Inc | Unsecured | 1,222.06 | 1,222.06 | 0.00 | 1,222.06 | 0.00 | 0.00 |
| 9 | Stans Lumber Inc. | Unsecured | 40,399.80 | 40,399.80 | 0.00 | 40,399.80 | 0.00 | 0.00 |
| 10 | Waste Management - RMC | Unsecured | 3,708.11 | 3,708.11 | 0.00 | 3,708.11 | 0.00 | 0.00 |
| 11 | Megan G. Heeg | Unsecured | 49,948.00 | 49,948.00 | 0.00 | 49,948.00 | 0.00 | 0.00 |
| 12 | Megan G. Heeg | Unsecured | 121,023.62 | 121,023.62 | 0.00 | 121,023.62 | 0.00 | 0.00 |
| 13 | John Asbach | Unsecured | 268,924.00 | 268,924.00 | 0.00 | 268,924.00 | 0.00 | 0.00 |
| 14 | Verizon North, Inc. | Unsecured | 872.50 | 872.50 | 0.00 | 872.50 | 0.00 | 0.00 |
| 15 | Wright Express | Unsecured | 9,294.82 | 9,294.82 | 0.00 | 9,294.82 | 0.00 | 0.00 |
| 16 | Marlin Leasing Corp. | Unsecured | 3,513.98 | 3,513.98 | 0.00 | 3,513.98 | 0.00 | 0.00 |
| 17U | Carpenters Pension Fund of Illinois | Unsecured | 6,187.56 | 6,187.56 | 0.00 | 6,187.56 | 0.00 | 0.00 |
| 18 | Walter Asbach | Unsecured | 322,964.00 | 322,964.00 | 0.00 | 322,964.00 | 0.00 | 0.00 |
| 19 | Jeff Asbach | Unsecured | 379,572.00 | 379,572.00 | 0.00 | 379,572.00 | 0.00 | 0.00 |
| 20 | Edward Hines Lumber Co. | Unsecured | 10,000.00 | 10,000.00 | 0.00 | 10,000.00 | 0.00 | 0.00 |

## Claims Proposed Distribution

### Case: 08-70277   ASBACH INCORPORATED

| Case Balance: | $36,120.59 | Total Proposed Payment: | $36,120.59 | Remaining Balance: | $0.00 |

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | Total for Case 08-70277 : | | $1,631,297.60 | $1,631,297.60 | $0.00 | $1,631,297.60 | $36,120.59 | |

### CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $22,730.52 | $22,730.52 | $0.00 | $22,730.52 | 100.000000% |
| Total Priority Claims : | $35,061.61 | $35,061.61 | $0.00 | $13,390.07 | 38.190117% |
| Total Unsecured Claims : | $1,573,505.47 | $1,573,505.47 | $0.00 | $0.00 | 0.000000% |

Case 08-70277   Doc 39   Filed 07/27/09   Entered 07/27/09 15:16:07   Desc Main
         Document      Page 8 of 10

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-70277
Case Name: ASBACH INCORPORATED
Trustee Name: STEPHEN G. BALSLEY

Claims of secured creditors will be paid as follows:

*Claimant*                                  *Proposed Payment*
                        N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | Stephen G. Balsley | $ 4,366.77 | $ |
| *Attorney for trustee* | Stephen G. Balsley | $ 16,056.75 | $ |
| *Appraiser* | | $ | $ |
| *Auctioneer* | | $ | $ |
| *Accountant* | RSM McGladrey, Inc. | $ 1,057.00 | $ |
| *Special Attorney for trustee* | | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ 1,250.00 | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*              *Fees*              *Expenses*

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,061.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 4P | Chicago Regional Council of Carpenters | $ 31,200.97 | $ 11,915.69 |
| 17P | Carpenters Pension Fund of Illinois | $ 3,860.64 | $ 1,474.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,573,505.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Edward Hines Lumber Co. | $ 165,313.66 | $ 0.00 |
| 2 | Amron Stair Works | $ 90,811.00 | $ 0.00 |
| 3 | Alexander Lumber | $ 34,177.05 | $ 0.00 |
| 4U | Chicago Regional Council of Carpenters | $ 35,798.69 | $ 0.00 |
| 5 | Computer Forms | $ 325.99 | $ 0.00 |
| 6 | Stan Vorgias | $ 2,250.00 | $ 0.00 |
| 7 | Midwest Siding Supply | $ 27,198.63 | $ 0.00 |
| 8 | Ray Chevrolet, Inc | $ 1,222.06 | $ 0.00 |
| 9 | Stans Lumber Inc. | $ 40,399.80 | $ 0.00 |

**UST Form 101-7-TFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 10 | Waste Management - RMC | $ 3,708.11 | $ 0.00 |
| 11 | Megan G. Heeg | $ 49,948.00 | $ 0.00 |
| 12 | Megan G. Heeg | $ 121,023.62 | $ 0.00 |
| 13 | John Asbach | $ 268,924.00 | $ 0.00 |
| 14 | Verizon North, Inc. | $ 872.50 | $ 0.00 |
| 15 | Wright Express | $ 9,294.82 | $ 0.00 |
| 16 | Marlin Leasing Corp. | $ 3,513.98 | $ 0.00 |
| 17U | Carpenters Pension Fund of Illinois | $ 6,187.56 | $ 0.00 |
| 18 | Walter Asbach | $ 322,964.00 | $ 0.00 |
| 19 | Jeff Asbach | $ 379,572.00 | $ 0.00 |
| 20 | Edward Hines Lumber Co. | $ 10,000.00 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number    Claimant                              Allowed Amt. of Claim    Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-TFR (4/1/2009)**