# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| In re: ASBACH INCORPORATED | § Case No. 08-70277 |
| | § |
| | § |
| Debtors | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that <u>STEPHEN G. BALSLEY</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

| | |
|---|---|
| *The Final Report shows receipts of* | $ 36,167.67 |
| *and approved disbursements of* | $ 47.08 |
| *leaving a balance of* | $ 36,120.59 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | Stephen G. Balsley | $ 4,366.77 | $ |
| Attorney for trustee | Stephen G. Balsley | $ 16,056.75 | $ |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | RSM McGladrey, Inc. | $ 1,057.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ 1,250.00 | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

UST Form 101-7-NFR (4/1/2009)

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | Expenses |
|---|---|---|---|
| Attorney for debtor | _____ | $ _____ | $ _____ |
| Attorney for | _____ | $ _____ | $ _____ |
| Accountant for | _____ | $ _____ | $ _____ |
| Appraiser for | _____ | $ _____ | $ _____ |
| Other | _____ | $ _____ | $ _____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $35,061.61 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 4P | Chicago Regional Council of Carpenters | $ 31,200.97 | $ 11,915.69 |
| 17P | Carpenters Pension Fund of Illinois | $ 3,860.64 | $ 1,474.38 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,573,505.47 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Edward Hines Lumber Co. | $ 165,313.66 | $ 0.00 |
| 2 | Amron Stair Works | $ 90,811.00 | $ 0.00 |
| 3 | Alexander Lumber | $ 34,177.05 | $ 0.00 |
| 4U | Chicago Regional Council of Carpenters | $ 35,798.69 | $ 0.00 |
| 5 | Computer Forms | $ 325.99 | $ 0.00 |
| 6 | Stan Vorgias | $ 2,250.00 | $ 0.00 |
| 7 | Midwest Siding Supply | $ 27,198.63 | $ 0.00 |

UST Form 101-7-NFR (4/1/2009)

| | | | |
|---|---|---|---|
| 8 | Ray Chevrolet, Inc | $ 1,222.06 | $ 0.00 |
| 9 | Stans Lumber Inc. | $ 40,399.80 | $ 0.00 |
| 10 | Waste Management - RMC | $ 3,708.11 | $ 0.00 |
| 11 | Megan G. Heeg | $ 49,948.00 | $ 0.00 |
| 12 | Megan G. Heeg | $ 121,023.62 | $ 0.00 |
| 13 | John Asbach | $ 268,924.00 | $ 0.00 |
| 14 | Verizon North, Inc. | $ 872.50 | $ 0.00 |
| 15 | Wright Express | $ 9,294.82 | $ 0.00 |
| 16 | Marlin Leasing Corp. | $ 3,513.98 | $ 0.00 |
| 17U | Carpenters Pension Fund of Illinois | $ 6,187.56 | $ 0.00 |
| 18 | Walter Asbach | $ 322,964.00 | $ 0.00 |
| 19 | Jeff Asbach | $ 379,572.00 | $ 0.00 |
| 20 | Edward Hines Lumber Co. | $ 10,000.00 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                               *Allowed Amt. of Claim*   *Proposed Payment*

N/A


Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                               *Allowed Amt. of Claim*   *Proposed Payment*

N/A


The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

UST Form 101-7-NFR (4/1/2009)

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

211 South Court Street
Room 110
Rockford, IL  61101

Any person wishing to object to any fee application or the Final Report, must file a written objection within 20 days of the date of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 08/26/2009 in Courtroom 115, United States Courthouse,
211 South Court Street
Room 115
Rockford, IL  61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  07/21/2009            By:   /s/STEPHEN G. BALSLEY
                                                Trustee

STEPHEN G. BALSLEY
6833 STALTER DRIVE
ROCKFORD, IL  61108

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3           User: cshabez                Page 1 of 2                    Date Rcvd: Jul 28, 2009
Case: 08-70277                 Form ID: pdf006              Total Noticed: 81

The following entities were noticed by first class mail on Jul 30, 2009.
db          +Asbach Incorporated,    10307 N. Main Street,    PO Box 485,    Richmond, IL 60071-0485
aty         +Jeffrey C Dan,    Crane Heyman Simon Welch & Clar,    135 S Lasalle St Ste 3705,
              Chicago, IL 60603-4101
tr          +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
              Rockford, IL 61108-2579
11918460    +ABC Supply Co.,    29W581 North Ave.,    West Chicago, IL 60185-1356
11918461    +ADP Inc.,    100 Northwest Point Blvd.,    Elk Grove Village, IL 60007-1018
11918466    +APS Inc.,    211 S. Milwaukee Ave.,    Libertyville, IL 60048-2874
11918462    +Air Fastener Systems,    1611 Emily Lane,    Aurora, IL 60502-7801
11918463    +Alexander Lumber,    100 Barney Drive.,    Joliet, IL 60435-6499
11918464     American Express,    PO Box 981535,    El Paso, TX 79998-1535
11918465    +Amron Stair Works,    149 Industrial Drive,    Gilberts, IL 60136-9753
11918467    +B.L. Weber Construction,    PO Box 467,    Ingleside, IL 60041-0467
11918468    +Biehl & Biehl, Inc.,    325 E. Fullerton Ave.,    Carol Stream, IL 60188-1865
11918469    +Biehl & Biehl, Inc.,    PO Box 87410,    Carol Stream, IL 60188-7410
11918470    +Blue Boy Portable Toilets,    PO Box 496,    Lincolnshire, IL 60069-0496
11918471    +BullsEye Telecom,    25900 Greenfield Road, Suite 330,    Oak Park, MI 48237-1267
12309704    +Carpenters Pension & Retirement Savings Funds of I,    c/o Cecilia M. Scanlon,
              Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
12309707    +Carpenters Pension Fund of Illinois,    c/o Cecilia M. Scanlon,
              Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,    Chicago, IL 60606-5231
11918472    +Carpenters Pension and Retirement,    Savings Funds of Illinois,    28 N. First Street, PO Box 791,
              Geneva, IL 60134-0791
11918473     Charter Communications,    PO Box 3255,    Milwaukee, WI 53201-3255
11918474    +Chicago Regional Council of,    Carpenters Pension Fund,    12 E. Erie Street,
              Chicago, IL 60611-2767
12084668    +Chicago Regional Council of Carpenters,    c/o Bruce C. Scalambrino,    Scalambrino & Arnoff, LLP,
              One North LaSalle Street, Suite 1600,    Chicago, Il 60602-3935
11918476    +Components Systems-Illinois LLC,    209 N. Bridge St.,    PO Box 98,    Eleroy, IL 61027-0098
11918477     Computer Forms,    PO Box 23456,    Portland, OR 97281-3456
11918478    +Contract Builders Hardware,    1203 S. Northwest Hwy.,    Barrington, IL 60010-5299
11918479    +Contractors Electric Service,    PO Box 394,    Grayslake, IL 60030-0394
11918480    +Critical Data Solutions,    1432 Druid Hills Ct.,    Naperville, IL 60563-1114
11918481    +Dans Crane Rental,    38W743 Hilltop Drive,    Saint Charles, IL 60175-6059
11918482    +Edward Hines Lumber Co.,     % Jeffrey Chang, David J Fischer,    225 W Wacker Drive,
              Chicago, Il 60606-1224
11918483    +First Star Decorating,    1467 Foxmoor Lane,    Elgin, IL 60123-8890
11918484     GMAC,    PO Box 380902,    Minneapolis, MN 55438-0902
11918485    +Grayslake Feed Sales,    PO Box 327,    Grayslake, IL 60030-0327
11918486    +Gypsum Supply Co.,    1125 Harrison Ave.,    Rockford, IL 61104-7293
11918490     HSBC Business Solutions,    PO Box 5219,    Carol Stream, IL 60197-5219
11918487     Hinkley Springs,    DS Waters of America, Inc.,    PO Box 660579,    Dallas, TX 75266-0579
11918488     Home Depot,    PO Box 689147,    Des Moines, IA 50368-9147
11918489     Home Depot Credit Service,    PO Box 6029,    The Lakes, NV 88901-6029
11918491    +IMCP Inc.,    900 N. Arlington Heights Rd.,    Suite 180,    Itasca, IL 60143-2866
12233297    +J & J Wholesale Building Supply Inc,    % Megan G Heeg,    PO Box 447,    Dixon, Il 61021-0447
11918492    +J&J Wholesale Building Supply,    10307 N. Main Street,    Richmond, IL 60071-7722
11918493    +Jeff Asbach,    S74 W17408 Lake Drive,    Muskego, WI 53150-9358
12310132     Jeff Asbach,    574 W. 17408 Lake Drive,    Muskego, WI 53150
11918494    +Jeffrey Asbach,    S74 W17408 Lake Drive,    Muskego, WI 53150-9358
12270108    +John Asbach,    588 Turtle Pond Court,    Lake Zurich, L   60047-2833
11918495    +John Asbach,    588 Turtle Pond Ct.,    Lake Zurich, IL 60047-2833
11918496    +Kelly Watt Electric,    PO Box 211,    Harvard, IL 60033-0211
11918497    +Lake County Door Co.,    3250 Monroe Ave.,    Waukegan, IL 60085-3029
11918500    +MW North Real Estate Corp.,    26575 W. Commerce Dr.,    Suite 613,    Volo, IL 60073-9662
11918498    +Marlin Leasing Corp,    300 Fellowship Rd.,    Mount Laurel, NJ 08054-1727
12208947    +Megan G. Heeg,Trustee of J&J Wholesale Bldg Supply,    P.O. Box 447,    Dixon, IL 61021-0447
11918499    +Midwest Siding Supply,    1001 Aucutt Road,    Montgomery, IL 60538-1176
11918501    +National Lift Truck, Inc.,    3333 Mount Prospect Rd.,    Franklin Park, IL 60131-1337
11918502    +Net Source 1, Inc.,    Volo Commerce Center,    31632 Ellis dr. # 105,    Volo, IL 60073-9672
11918504    +Northbrook Bank and Trust,    1100 Waukegan Road,    Northbrook, IL 60062-4663
11918505    +Pella Windows and Doors,    2505 Enterprise Circle,    West Chicago, IL 60185-9605
11918506     Pitney Bowes,    2225 American Dr.,    Neenah, WI 54956-1005
11918507    +Quality Home Ceramics,    6233-328th Ave.,    Salem, WI 53168
11918508    +R.M.S.,    4836 Brecksville Road,    PO Box 509,    Richfield, OH 44286-0509
11918512    +RH Donnelley,    8519 Innovation Way,    Chicago, IL 60682-0085
11918509    +Raby Roofing Inc.,    210 Industrial Dr.,    Gilberts, IL 60136-9705
11918510    +Ray Chevrolet, Inc,    Attn: B. Kerpec,    39 North Route 12,    Fox Lake, IL 60020-1292
11918511    +Residential Construction,    Employment Council,    3041 Woodcreek Dr., Suite 101,
              Downers Grove, IL 60515-5418
11918513    +Samelson & Payne,    1300 Jefferson Street,    Des Plaines, IL 60016-7119
11918514     Sams Club,    PO Box 530970,    Atlanta, GA 30353-0970
11918515     Stan Vorgias,    100005 Fair Lane,    Union, IL 60180
11918516    +Stans Lumber Inc.,    PO Box 40,    Twin Lakes, WI 53181-0040
11918517     Staples Credit Plan,    PO Box 689020,    Des Moines, IA 50368-9020
11918518    +Stephani Masonry Inc.,    3917 Harper Ave.,    Gurnee, IL 60031-3048
11918519    +Storage Space,    5613 Market St.,    PO Box 471,    Richmond, IL 60071-0471
11918520    +Union Components,    17820 Washington St.,    PO Box 36,    Union, IL 60180-0036
11918522    +W.C Doland Engineering,    334 E. Colfax Street, Unit C 1,    Palatine, IL 60067-5348
11918523     Walter Asbach,    W 53335 Lauderdale Dr.,    Elkhorn, WI 53121
12310117    +Walter Asbach,    W5335 Lauderdale Dr.,    Elkhorn, WI 53121-2455
11918525     Waste Management,    PO Box 4648,    Carol Stream, IL 60197-4648
12164934    +Waste Management - RMC,    2421 W. Peoria Ave Ste 110,    Phoenix, AZ 85029-4942
```

```
District/off: 0752-3          User: cshabez            Page 2 of 2            Date Rcvd: Jul 28, 2009
Case: 08-70277                Form ID: pdf006          Total Noticed: 81

11918526       +Weber Metals Inc.,    1076 E. Park Ave.,    Libertyville, IL 60048-2951
11918527       +Wright Express,    PO Box 639,   Portland, ME 04104-0639
12081818       +ruce C Scalambrino,    Scalambrino & Arnoff LLP,    One North LaSalle Street suite 1600,
                 Chicago, IL 60602-3935
The following entities were noticed by electronic transmission on Jul 29, 2009.
11918475        E-mail/Text: legalasstfoundationrqsts@exeloncorp.com                          ComEd,
                 Bill Payment Center,    Chicago, IL 60668-0001
11918503        E-mail/Text: bankrup@nicor.com                            Nicor Gas,   PO Box 2020,
                 Aurora, IL 60507-2020
11918521        E-mail/PDF: bankruptcyverizoncom@afni.com Jul 29 2009 02:18:04     Verizon North,   PO Box 9688,
                 Mission Hills, CA 91346-9688
12276386       +E-mail/PDF: bankruptcyverizoncom@afni.com Jul 29 2009 02:18:04     Verizon North Inc,
                 AFNI/Verizon,   404 Brock Dr,   Bloomington, IL 61701-2654
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +Stephen G Balsley,    Barrick, Switzer, Long, Balsley, etal,    6833 Stalter Drive,
                 Rockford, IL 61108-2579
11918524*       Walter Asbach,   W 53335 Lauderdale Drive,    Elkhorn, WI 53121
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2009**                    **Signature:**    _Joseph Speetjens_