# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| In re: ASBACH INCORPORATED | § | Case No. 08-70277 |
|  | § |  |
|  | § |  |
| Debtor(s) | § |  |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
## REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
## AND APPLICATION TO BE DISCHARGED (TDR)

STEPHEN G. BALSLEY, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $230,738.00 | Assets Exempt: $0.00 |
| Total Distribution to Claimants: $13,392.81 | Claims Discharged Without Payment: $1,771,059.25 |
| Total Expenses of Administration: $22,777.60 | |

3) Total gross receipts of $ 36,170.41 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $36,170.41 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $176,678.99 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 22,777.60 | 22,777.60 | 22,777.60 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 35,061.61 | 35,061.61 | 13,392.81 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 175,884.98 | 1,573,505.47 | 1,573,505.47 | 0.00 |
| **TOTAL DISBURSEMENTS** | $352,563.97 | $1,631,344.68 | $1,631,344.68 | $36,170.41 |

4) This case was originally filed under Chapter 7 on January 31, 2008.
. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/13/2009 _____ By: /s/STEPHEN G. BALSLEY _____
Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-TDR (9/1/2009)

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| First Star Painting & Decorating - preference | 1241-000 | 5,900.00 |
| Alexander Lumber - preferential payment | 1241-000 | 3,250.00 |
| Edward Hines Lumber Co. | 1241-000 | 10,000.00 |
| Your Builders, Inc. - preferential transfer | 1241-000 | 7,500.00 |
| Russ's Drywall, Inc. | 1241-000 | 9,500.00 |
| Interest Income | 1270-000 | 20.41 |
| **TOTAL GROSS RECEIPTS** | | **$36,170.41** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GMAC | 4110-000 | 15,678.99 | N/A | N/A | 0.00 |
| Northbrook Bank and Trust | 4110-000 | 161,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $176,678.99 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Stephen G. Balsley | 2100-000 | N/A | 4,366.77 | 4,366.77 | 4,366.77 |
| United States Bankruptcy Court | 2700-000 | N/A | 1,250.00 | 1,250.00 | 1,250.00 |
| Stephen G. Balsley | 3110-000 | N/A | 16,056.75 | 16,056.75 | 16,056.75 |
| RSM McGladrey, Inc. | 3410-000 | N/A | 1,057.00 | 1,057.00 | 1,057.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 47.08 | 47.08 | 47.08 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 22,777.60 | 22,777.60 | 22,777.60 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Chicago Regional Council of Carpenters | 5400-000 | N/A | 31,200.97 | 31,200.97 | 11,918.13 |
| Carpenters Pension Fund of Illinois | 5400-000 | N/A | 3,860.64 | 3,860.64 | 1,474.68 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 35,061.61 | 35,061.61 | 13,392.81 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Edward Hines Lumber Co. | 7100-000 | N/A | 165,313.66 | 165,313.66 | 0.00 |
| Amron Stair Works | 7100-000 | N/A | 90,811.00 | 90,811.00 | 0.00 |
| Alexander Lumber | 7100-000 | N/A | 34,177.05 | 34,177.05 | 0.00 |
| Chicago Regional Council of Carpenters | 7100-000 | N/A | 35,798.69 | 35,798.69 | 0.00 |
| Computer Forms | 7100-000 | N/A | 325.99 | 325.99 | 0.00 |
| Stan Vorgias | 7100-000 | N/A | 2,250.00 | 2,250.00 | 0.00 |
| Midwest Siding Supply | 7100-000 | N/A | 27,198.63 | 27,198.63 | 0.00 |
| Ray Chevrolet, Inc | 7100-000 | N/A | 1,222.06 | 1,222.06 | 0.00 |
| Stans Lumber Inc. | 7100-000 | N/A | 40,399.80 | 40,399.80 | 0.00 |
| Waste Management – RMC | 7100-000 | N/A | 3,708.11 | 3,708.11 | 0.00 |
| Megan G. Heeg | 7100-000 | N/A | 49,948.00 | 49,948.00 | 0.00 |
| Megan G. Heeg | 7100-000 | N/A | 121,023.62 | 121,023.62 | 0.00 |
| John Asbach | 7100-000 | N/A | 268,924.00 | 268,924.00 | 0.00 |
| Verizon North, Inc. | 7100-000 | N/A | 872.50 | 872.50 | 0.00 |
| Wright Express | 7100-000 | N/A | 9,294.82 | 9,294.82 | 0.00 |
| Marlin Leasing Corp. | 7100-000 | N/A | 3,513.98 | 3,513.98 | 0.00 |
| Carpenters Pension Fund of Illinois | 7100-000 | N/A | 6,187.56 | 6,187.56 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Walter Asbach | 7100-000 | N/A | 322,964.00 | 322,964.00 | 0.00 |
| Jeff Asbach | 7100-000 | N/A | 379,572.00 | 379,572.00 | 0.00 |
| Edward Hines Lumber Co. | 7100-000 | N/A | 10,000.00 | 10,000.00 | 0.00 |
| IMCP, Inc. | 7100-000 | 1,375.00 | N/A | N/A | 0.00 |
| HSBC Business Solutions | 7100-000 | 6,172.35 | N/A | N/A | 0.00 |
| W.C. Doland Engineering | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| Kelly Watt Electric | 7100-000 | 1,000.00 | N/A | N/A | 0.00 |
| Storage Space | 7100-000 | 90.00 | N/A | N/A | 0.00 |
| Union Components | 7100-000 | 15,365.23 | N/A | N/A | 0.00 |
| Home Depot Credit Service | 7100-000 | 16,567.33 | N/A | N/A | 0.00 |
| Hinkley Springs | 7100-000 | 37.51 | N/A | N/A | 0.00 |
| Dans Crane Rental | 7100-000 | 507.50 | N/A | N/A | 0.00 |
| Critical Data Solutions | 7100-000 | 675.00 | N/A | N/A | 0.00 |
| First Star Decorating | 7100-000 | 3,000.00 | N/A | N/A | 0.00 |
| Weber Metals, Inc. | 7100-000 | 77.06 | N/A | N/A | 0.00 |
| Gypsum Supply Co. | 7100-000 | 2,929.31 | N/A | N/A | 0.00 |
| Grayslake Feed Sales | 7100-000 | 5.83 | N/A | N/A | 0.00 |
| Home Depot | 7100-000 | 7,010.87 | N/A | N/A | 0.00 |
| Lake County Door Co. | 7100-000 | 2,267.50 | N/A | N/A | 0.00 |
| Residential Construction | 7100-000 | 350.00 | N/A | N/A | 0.00 |
| Raby Roofing, Inc. | 7100-000 | 1,300.00 | N/A | N/A | 0.00 |
| R.H. Donnelley | 7100-000 | 776.31 | N/A | N/A | 0.00 |
| Samuelson & Payne | 7100-000 | 50.00 | N/A | N/A | 0.00 |
| Staples Credit Plan | 7100-000 | 98.19 | N/A | N/A | 0.00 |
| Sams Club | 7100-000 | 30.08 | N/A | N/A | 0.00 |
| R.M.S. | 7100-000 | unknown | N/A | N/A | 0.00 |
| Pitney Bowes | 7100-000 | 423.41 | N/A | N/A | 0.00 |
| Quality Home Ceramics | 7100-000 | 4,182.68 | N/A | N/A | 0.00 |
| National Lift Truck, Inc. | 7100-000 | 19,962.90 | N/A | N/A | 0.00 |
| MW North Real Estate Corp. | 7100-000 | 2,308.79 | N/A | N/A | 0.00 |
| Net Source 1, Inc. | 7100-000 | 198.00 | N/A | N/A | 0.00 |
| Contractors Electric Service | 7100-000 | 17,077.00 | N/A | N/A | 0.00 |
| Pella Windows and Doors | 7100-000 | 7,717.79 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| | | | | | |
|---|---|---|---|---|---|
| Nicor Gas | 7100-000 | 28.95 | N/A | N/A | 0.00 |
| Stephani Masonry, Inc. | 7100-000 | 1,800.00 | N/A | N/A | 0.00 |
| BullsEye Telecom | 7100-000 | 1,148.72 | N/A | N/A | 0.00 |
| Biehl & Biehl | 7100-000 | unknown | N/A | N/A | 0.00 |
| B.L. Weber Construction | 7100-000 | 1,100.00 | N/A | N/A | 0.00 |
| Blue Boy Portable Toilets | 7100-000 | 213.72 | N/A | N/A | 0.00 |
| Charter Communications | 7100-000 | 139.94 | N/A | N/A | 0.00 |
| Components Systems-Illinois, LLC | 7100-000 | 41,753.00 | N/A | N/A | 0.00 |
| ComEd | 7100-000 | 1,024.53 | N/A | N/A | 0.00 |
| APS, Inc. | 7100-000 | 35.83 | N/A | N/A | 0.00 |
| American Express | 7100-000 | 9,399.25 | N/A | N/A | 0.00 |
| ABC Supply Co. | 7100-000 | 328.66 | N/A | N/A | 0.00 |
| Air Fastener Systems | 7100-000 | 5,228.40 | N/A | N/A | 0.00 |
| ADP, Inc. | 7100-000 | 302.81 | N/A | N/A | 0.00 |
| Contract Builders Hardware | 7100-000 | 1,075.53 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 175,884.98 | 1,573,505.47 | 1,573,505.47 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-70277
**Case Name:** ASBACH INCORPORATED

**Period Ending:** 10/13/09

**Trustee:** (330410) STEPHEN G. BALSLEY
**Filed (f) or Converted (c):** 01/31/08 (f)
**§341(a) Meeting Date:** 03/06/08
**Claims Bar Date:** 06/09/08

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Checking #7520000540 Buffalo Grove Bank & Trust | 95.00 | 0.00 | DA | 0.00 | FA |
| 2 | Securtiy Deposit with landlord for 10307 N. Main | 750.00 | 0.00 | DA | 0.00 | FA |
| 3 | Security Deposit with landlord for shed | 90.00 | 0.00 | DA | 0.00 | FA |
| 4 | Accounts Receivable | 96,534.00 | 0.00 | DA | 0.00 | FA |
| 5 | 2006 Chevy Express Van | 13,900.00 | 0.00 | DA | 0.00 | FA |
| 6 | General Office Equipment 10307 N. Main St. Rlchm | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 7 | Business Supplies-Tools Storage Shed 5613 Market | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | First Star Painting & Decorating - preference (u) | 11,000.00 | 5,900.00 | | 5,900.00 | FA |
| 9 | Alexander Lumber - preferential payment (u) | 6,455.00 | 3,250.00 | | 3,250.00 | FA |
| 10 | Edward Hines Lumber Co. (u) | 15,993.00 | 10,000.00 | | 10,000.00 | FA |
| 11 | Your Builders, Inc. - preferential transfer (u) | 10,000.00 | 7,500.00 | | 7,500.00 | FA |
| 12 | Russ's Drywall, Inc. (u) | 16,700.00 | 9,500.00 | | 9,500.00 | FA |
| 13 | Checking #7520000540 Buffalo Grove Bank & Trust | 95.00 | 95.00 | DA | 0.00 | FA |
| 14 | Securtiy Deposit with landlord for 10307 N. Main | 750.00 | 750.00 | DA | 0.00 | FA |
| 15 | Security Deposit with landlord for shed | 90.00 | 90.00 | DA | 0.00 | FA |
| 16 | Accounts Receivable | 96,534.00 | 96,534.00 | DA | 0.00 | FA |
| 17 | 2006 Chevy Express Van | 13,900.00 | 13,900.00 | DA | 0.00 | FA |
| 18 | General Office Equipment 10307 N. Main St. Rlchm | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| 19 | Business Supplies-Tools Storage Shed 5613 Market | 3,000.00 | 3,000.00 | DA | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 20.41 | FA |
| 20 | Assets Totals (Excluding unknown values) | $290,886.00 | $151,519.00 | | $36,170.41 | $0.00 |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** April 30, 2009

**Current Projected Date Of Final Report (TFR):** July 21, 2009 (Actual)

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** 08-70277 | |
| **Case Name:** ASBACH INCORPORATED | |
| **Taxpayer ID #:** 36-4012670 | |
| **Period Ending:** 10/13/09 | |

| | |
|---|---|
| **Trustee:** | STEPHEN G. BALSLEY (330410) |
| **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| **Account:** | ***-*****03-65 - Money Market Account |
| **Blanket Bond:** | $1,500,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/30/08 | {9} | Alexander Lumber Co. | Payment for preference | 1241-000 | 3,250.00 | | 3,250.00 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 0.39 | | 3,250.39 |
| 08/04/08 | {10} | Edward Hines Lumber Co. | Payment for preference | 1241-000 | 10,000.00 | | 13,250.39 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.37 | | 13,251.76 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.73 | | 13,253.49 |
| 10/29/08 | {11} | Your Builder's, Inc. | Payment for preference | 1241-000 | 1,500.00 | | 14,753.49 |
| 10/29/08 | {12} | Russ's Drywall, Inc. | Payment for preference | 1241-000 | 9,500.00 | | 24,253.49 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 1.47 | | 24,254.96 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.89 | | 24,256.85 |
| 12/04/08 | {11} | Your Builder's, Inc. | Payment for preference | 1241-000 | 3,500.00 | | 27,756.85 |
| 12/15/08 | {8} | Greg Koehring | Payment for preference | 1241-000 | 5,900.00 | | 33,656.85 |
| 12/23/08 | {11} | Your Builder's, Inc. | Payment for preference | 1241-000 | 2,500.00 | | 36,156.85 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.02 | | 36,158.87 |
| 12/31/08 | {11} | Your Builder's, Inc. | NSF check | 1241-000 | -2,500.00 | | 33,658.87 |
| 01/20/09 | {11} | Your Builders, Inc. | Payment for preference (replacement check) | 1241-000 | 2,500.00 | | 36,158.87 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.40 | | 36,160.27 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.37 | | 36,161.64 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 36,163.21 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.47 | | 36,164.68 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.42 | | 36,166.10 |
| 05/29/09 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/29/2009 FOR CASE #08-70277, Bond payment | 2300-000 | | 47.08 | 36,119.02 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.57 | | 36,120.59 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.52 | | 36,122.11 |
| 08/26/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.22 | | 36,123.33 |
| 08/26/09 | | To Account #********0366 | Transfer funds from MMA to checking account | 9999-000 | | 36,123.33 | 0.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 36,170.41 | 36,170.41 | $0.00 |
| Less: Bank Transfers | 0.00 | 36,123.33 | |
| **Subtotal** | 36,170.41 | 47.08 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$36,170.41** | **$47.08** | |

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

Case Number: 08-70277
Case Name: ASBACH INCORPORATED

Taxpayer ID #: 36-4012670
Period Ending: 10/13/09

Trustee: STEPHEN G. BALSLEY (330410)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****03-66 - Checking Account
Blanket Bond: $1,500,000.00 (per case limit)
Separate Bond: N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 08/26/09 | | From Account #*******0365 | Transfer funds from MMA to checking account | 9999-000 | 36,123.33 | | 36,123.33 |
| 08/26/09 | 101 | Stephen G. Balsley | Dividend paid 100.00% on $16,056.75, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 16,056.75 | 20,066.58 |
| 08/26/09 | 102 | United States Bankruptcy Court | Dividend paid 100.00% on $1,250.00, Clerk of the Court Costs (includes adversary and other filing fees);  Reference: | 2700-000 | | 1,250.00 | 18,816.58 |
| 08/26/09 | 103 | Stephen G. Balsley | Dividend paid 100.00% on $4,366.77, Trustee Compensation;  Reference: | 2100-000 | | 4,366.77 | 14,449.81 |
| 08/26/09 | 104 | RSM McGladrey, Inc. | Dividend paid 100.00% on $1,057.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,057.00 | 13,392.81 |
| 08/26/09 | 105 | Chicago Regional Council of Carpenters | Dividend paid 38.19% on $31,200.97; Claim# 4P; Filed: $31,200.97; Reference: | 5400-000 | | 11,918.13 | 1,474.68 |
| 08/26/09 | 106 | Carpenters Pension Fund of Illinois | Dividend paid 38.19% on $3,860.64; Claim# 17P; Filed: $3,860.64; Reference: 8741 | 5400-000 | | 1,474.68 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 36,123.33 | 36,123.33 | $0.00 |
| Less: Bank Transfers | 36,123.33 | 0.00 | |
| Subtotal | 0.00 | 36,123.33 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $36,123.33 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****03-65 | 36,170.41 | 47.08 | 0.00 |
| Checking # ***-*****03-66 | 0.00 | 36,123.33 | 0.00 |
| | $36,170.41 | $36,170.41 | $0.00 |

**JPMorganChase ◎**

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

September 01, 2009 through September 30, 2009
Primary Account: ●●●●●●●●●●●●●●5

CUSTOMER SERVICE INFORMATION

Service Center:                    1-●●●-●●-●●●●

00018243 DBI 802 24 27409 - NNNNN  1 000000000 60 0000
08-70277 ASBACH INCORPORATED
DEBTOR
330410 STEPHEN BALSLEY TRUSTEE
BRANCH 312, 4 NYP, 17TH FLOOR
NEW YORK NY 10004



# CONSOLIDATED BALANCE SUMMARY

## ASSETS

| | ENDING BALANCE PRIOR PERIOD | ENDING BALANCE THIS PERIOD |
|---|---|---|
| **Checking** | | |
| Bankruptcy Business Checking ●●●●●●●●●●●●●● | 14,642.81 | 0.00 |
| Total | $14,642.81 | $0.00 |
| **Savings** | | |
| Bankruptcy Business Money Market ●●●●●●●●●●●●● | $0.00 | $0.00 |
| Total | $0.00 | $0.00 |
| **TOTAL  ASSETS** | $14,642.81 | $0.00 ✓ |

**All Summary Balances** shown are as of September 30, 2009 unless otherwise stated.   For details of your retirement
accounts, credit accounts or securities accounts, you will receive separate statements.  Balance summary information
for annuities is provided by the issuing insurance companies and believed to be reliable without guarantee of its
completeness or accuracy.

*10/1/09*

JPMorganChase ⬡

September 01, 2009 through September 30, 2009
Primary Account: ▮▮▮▮▮▮▮▮▮▮▮▮▮



# BANKRUPTCY BUSINESS MONEY MARKET

08-70277 ASBACH INCORPORATED        Account Number: ▮▮▮▮▮▮▮▮▮▮▮▮
DEBTOR

## SAVINGS SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance | | $0.00 |
| Ending Balance | 0 | $0.00 ✓ |
| Interest Paid Year-to-Date | | $11.54 |

This account earns interest daily and the current interest rate is 0.05%.



**JPMorganChase ⬡**

September 01, 2009 through September 30, 2009
Primary Account: ▆▆▆▆▆▆▆▆▆

## BANKRUPTCY BUSINESS CHECKING

08-70277 ASBACH INCORPORATED                    Account Number ▆▆▆▆▆▆▆
DEBTOR

## CHECKING SUMMARY

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $14,642.81 |
| Checks Paid | 3 | - 14,642.81 |
| Ending Balance | 3 | $0.00 |

## CHECKS PAID

| CHECK NUMBER | DATE PAID | AMOUNT |
|---|---|---|
| 102 | 09/09 | $1,250.00 |
| 105 * | 09/11 | 11,918.13 |
| 106 | 09/23 | 1,474.68 |
| **Total Checks Paid** |  | **$14,642.81** |

* Checks may not appear on your bank statement because they have not yet cleared or appeared on a previous statement. Checks that cleared as an electronic withdrawal will be listed in the Electronic Withdrawals section of the statement. All checks included in the Checks Paid section are viewable as images on Chase.com.

## DAILY ENDING BALANCE

| DATE | AMOUNT |
|---|---|
| 09/09 | $13,392.81 |
| 09/11 | 1,474.68 |
| 09/23 | 0.00 |